IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID HANCOCK, AIS# 00254239, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 13-00146-KD-N |
| DEWAYNE ESTES, | ) |
| Respondent. | ) |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 16, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner's petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED with prejudice** as time-barred and, further, that Petitioner is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 11th day of August 2014.

s/Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**